# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NAONA N.E., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:17-CV-0597-D |
| § | |
| NANCY BERRYHILL, § | |
| Acting Commissioner of Social § | |
| Security, § | |
| § | |
| Defendant. § | |

## ORDER

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 12, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE